UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK,<br><br>          Petitioner,<br><br>     v.<br><br>CHARLES SCHUYLER,<br><br>          Respondent. | No. 1:23-cv-01570-SKO (HC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed the instant habeas petition on July 31, 2023, challenging his 2017 conviction in Calaveras County Superior Court. Due to the recent amendment to Local rule 120(b), the proper forum for this petition is the Sacramento Division. Therefore, the petition will be transferred to the Sacramento Division. For the foregoing reason, the order to show cause issued by this Court is hereby VACATED.

IT IS SO ORDERED.

Dated:   **August 9, 2023**                           /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

1