1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONOVAN CHAD BREVIK,                    No.  1:23-cv-01570-SKO (HC)

12                    Petitioner,             **ORDER TRANSFERRING ACTION**

13          v.

14    CHARLES SCHUYLER,

15                    Respondent.

16

17          Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for

18    writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed the instant habeas petition on

19    July 31, 2023, challenging his 2017 conviction in Calaveras County Superior Court.  On August

20    3, 2023, the matter was transferred to the Fresno Division and received in this Court pursuant to

21    Local Rule 120.  On August 7, 2023, General Order No. 666 issued which amended Local Rule

22    120 effective immediately.  According to amended Local Rule 120, Calaveras County is part of

23    the Sacramento Division.

24          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United

25    States District Court for the Eastern District of California sitting in Sacramento.

26

27    IT IS SO ORDERED.

28    Dated:  __**August 9, 2023**__              ____/s/ *Sheila K. Oberto*____

1

1

UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28